# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| ROBERT NEAL MICHAEL, | ) | 2:09-CV-01592-PMP-RJJ |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| DR. R. B. BANNISTER, et al., | ) | |
| Defendants. | ) | |

On September 1, 2010, the Court entered an Order (Doc. #11) directing Plaintiff Michael to show cause why this action should not be dismissed for failure to file an amended complaint. Plaintiff has failed to do so.

**IT IS THEREFORE ORDERED that** this action is hereby DISMISSED with prejudice.

DATED: March 16, 2011.

_____
PHILIP M. PRO
United States District Judge